# In the Supreme Court of the State of Idaho

---

Re: Petition for Writ of Mandamus.

-----------------------------------------

ALEX VERLANIC,

Petitioner,

v.

THE SUPREME COURT OF THE STATE OF IDAHO,

Respondent.

**Admonition of Fictitious Authority**

Supreme Court Docket No. 53008-2025

Petitioner Verlanic is advised that in accordance with Idaho Appellate Rule 11.2, he is responsible for the validity and accuracy of all legal citations in documents submitted to the Court. Petitioner Verlanic cited "Ybarra v. Nevada Workers' Compensation Board 129 Idaho 740 1997," "In Re: Marriage of Hall 134 Idaho 789 2000," and "Brown v. Idaho Transportation Department 140 Idaho 629 2005" in his Petition for Writ of Mandamus. These cases do not appear to exist. Citing nonexistent case law in documents submitted to this Court or any other court can result in sanctions.

Dated July 7th, 2025.

By Order of the Supreme Court

G. Richard Bevan, Chief Justice

ATTEST:
Melanie Gagnepain, Clerk